# United States District Court
## Southern District of Georgia

DOUGLAS BENNIE JAMES, JR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV314-100

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on December 4, 2015, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Acting Commissioner's final decision is AFFIRMED, judgment is hereby ENTERED in favor of the Acting Commissioner and this civil action stands CLOSED.



December 4, 2015
Date

Scott L. Poff
Clerk

_Cathy Adams_
(By) Deputy Clerk